COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 July 2, 2015
 No. 10-14-00403-CR
 CASEY LEE TILLISON
 v.
 THE STATE OF TEXAS
 
 
 From the 40[th] District Court
 Ellis County, Texas
 Trial Court No. 36116CR
 
--------------------------------------------------------------------------------
JUDGMENT

This Court has reviewed the briefs of the parties and the record in this proceeding as relevant to the issue raised and finds that there is error in the trial court's judgment of December 4, 2014. Therefore, the judgment of the trial court is modified to delete the fine imposed in the amount of $ 2,500. As modified, the judgment of the trial court is affirmed.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 

 By: ___________________________
 Nita Whitener, Deputy Clerk